UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

GARU DEBENEDETTO,                                         Civil No. 24-636 (JRT/DTS)

      Plaintiff,

v.                                                                              **ORDER**

MR. FORD, et al.*,*

      Defendant.

---

Gary Debenedetto, Reg. No. 47065-039, Federal Medical Center, PMB 4000, Rochester, MN 55903, *pro se* plaintiff.

United States Magistrate Judge David T. Schultz filed a Report and Recommendation on March 27, 2024. (ECF No. 4) No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

    2.    The application of plaintiff Gary Debenedetto [ECF No. 3] is **DENIED**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 25, 2024
at Minneapolis, Minnesota                              _____s/John R. Tunheim_____
                                                              JOHN R. TUNHEIM
                                                        United States District Court